**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-19422 |
| | § | |
| ANTHONY D WILL | § | |
| JULIE A WILL | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/23/2014. The undersigned trustee was appointed on 09/15/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                       $15,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $8,306.44 |
   | Bank service fees | $17.95 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $6,675.61 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/14/2016 and the deadline for filing government claims was 06/14/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $11.12, for total expenses of $11.12.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/10/2017              By:   /s/ David P. Leibowitz
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1        Exhibit A

| Case No.: | 14-19422-JSB | Trustee Name: | David Leibowitz |
| Case Name: | WILL, ANTHONY AND JULIE A | Date Filed (f) or Converted (c): | 05/23/2014 (f) |
| For the Period Ending: | 3/10/2017 | §341(a) Meeting Date: | 07/09/2014 |
| | | Claims Bar Date: | 06/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Savings account with Fifth Third | $25.00 | $0.00 | | $0.00 | FA |
| 2  Checking account with Fifth Third | $75.00 | $0.00 | | $0.00 | FA |
| 3  Checking account with Republic Bank | $50.00 | $0.00 | | $0.00 | FA |
| 4  Savings account with Republic Bank | $50.00 | $0.00 | | $0.00 | FA |
| 5  Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, microwave, dishes/flatware, pots/pans | $200.00 | $0.00 | | $0.00 | FA |
| 6  Books, CD's, DVD's, Tapes/Records, Family Pictures | $10.00 | $0.00 | | $0.00 | FA |
| 7  Necessary wearing apparel. | $100.00 | $0.00 | | $0.00 | FA |
| 8  Rings, costume jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 9  Hyundai Capital America - 2008 Hyundai Elantra with over 68,000 miles | $6,184.00 | $0.00 | | $0.00 | FA |
| 10  Santander Consumer USA - 2011 Hyundai Elantra with over 58,000 miles | $9,401.00 | $0.00 | | $0.00 | FA |
| 11  Personal Injury lawsuit against Target Corporation   (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |

**Asset Notes:**  $5000 attorneys fees will be due
Medical liens will be avoided
Debtor will waive exemptions in order to preserve discharge

**TOTALS (Excluding unknown value)**

|  | $16,195.00 | $15,000.00 | | $15,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| **Case No.:** | 14-19422-JSB | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | WILL, ANTHONY AND JULIE A | **Date Filed (f) or Converted (c):** | 05/23/2014 (f) |
| **For the Period Ending:** | 3/10/2017 | **§341(a) Meeting Date:** | 07/09/2014 |
| | | **Claims Bar Date:** | 06/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/27/2016   2016 Reporting Period:
Case re-opened and assigned to Trustee Leibowitz on 9/2/15
Filed adversary 15-00642. (41 (Objection / revocation of discharge 727(c),(d),(e))): Complaint against Julie Ann Will (undisclosed personal injury claim)
Motion to compromise PI claim filed - $15,000 recover less attorney's fees.
No exemptions owing to failure to schedule/discharge granted.
Objection to medical liens has been prepared.

**Initial Projected Date Of Final Report (TFR):**   12/31/2016       **Current Projected Date Of Final Report (TFR):**   03/31/2017       /s/ DAVID LEIBOWITZ
                                                                                                                                                         DAVID LEIBOWITZ

FORM 2

Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-19422-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WILL, ANTHONY AND JULIE A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7141 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | **-***7142 | Account Title: | Will, Anthony and Julie |
| For Period Beginning: | 5/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2016 | (11) | Sedgwick Claims Management on behalf of | Personal Injury Settlement | 1242-000 | $15,000.00 | | $15,000.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.95 | $14,982.05 |
| 09/26/2016 | 3001 | Dexter Evans | PI Counsel Fees - (Dkt 44) | 3210-000 | | $5,000.00 | $9,982.05 |
| 09/26/2016 | 3002 | Dexter Evans | PI Counsel Expenses - (Dkt 44) | 3220-000 | | $3,306.44 | $6,675.61 |
| | | | **TOTALS:** | | $15,000.00 | $8,324.39 | $6,675.61 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $15,000.00 | $8,324.39 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $15,000.00 | $8,324.39 | |

**For the period of 5/23/2014 to 3/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,324.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,324.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/08/2016 to 3/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,324.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,324.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-19422-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WILL, ANTHONY AND JULIE A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7141 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | **-***7142 | Account Title: | Will, Anthony and Julie |
| For Period Beginning: | 5/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $15,000.00 | $8,324.39 | $6,675.61 |

**For the period of 5/23/2014 to 3/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,324.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,324.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/23/2014 to 3/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,324.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,324.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 14-19422-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WILL, ANTHONY AND JULIE A | | | | | | | | Date: 3/10/2017 |
| Claims Bar Date: | 06/14/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $545.82 | $0.00 | $0.00 | $0.00 | $545.82 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $437.41 | $0.00 | $0.00 | $0.00 | $437.41 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $709.68 | $0.00 | $0.00 | $0.00 | $709.68 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $631.90 | $0.00 | $0.00 | $0.00 | $631.90 |
| 6 | CAPITAL ONE, N.A.<br><br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $503.47 | $0.00 | $0.00 | $0.00 | $503.47 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $2,250.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $11.12 | $0.00 | $0.00 | $0.00 | $11.12 |

| Case No.: | 14-19422-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WILL, ANTHONY AND JULIE A | | | | | | | | Date: 3/10/2017 |
| Claims Bar Date: | 06/14/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DEXTER EVANS  4234 Meridian Parkway Suite 134 Aurora IL 60504 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | DEXTER EVANS  4234 Meridian Parkway Suite 134 Aurora IL 60504 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $3,306.44 | $3,306.44 | $0.00 | $0.00 | $0.00 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $266.40 | $0.00 | $0.00 | $0.00 | $266.40 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,990.00 | $0.00 | $0.00 | $0.00 | $2,990.00 |
| 5 | MIDLAND FUNDING LLC  PO Box 2011 Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $480.38 | $0.00 | $0.00 | $0.00 | $480.38 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT  219 S. Dearborn Street Suite 713 Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $610.00 | $0.00 | $0.00 | $0.00 | $610.00 |

**Claim Notes:** Deferred filing fees for motion to reopen case & adversary

CLAIMS ANALYSIS REPORT    Page No: 3
Exhibit C

| Case No. | 14-19422-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WILL, ANTHONY AND JULIE A | | | | | | | | Date: 3/10/2017 |
| Claims Bar Date: | 06/14/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC  Successor to GE CAPITAL RETAIL BANK (CARE CREDIT) POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,115.00 | $0.00 | $0.00 | $0.00 | $1,115.00 |
| | | | | | $18,857.62 | $8,306.44 | $0.00 | $0.00 | $10,551.18 |

CLAIM ANALYSIS REPORT

Page No: 4
Exhibit C

| | |
|---|---|
| **Case No.** 14-19422-JSB | **Trustee Name:** David Leibowitz |
| **Case Name:** WILL, ANTHONY AND JULIE A | **Date:** 3/10/2017 |
| **Claims Bar Date:** 06/14/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $3,306.44 | $3,306.44 | $3,306.44 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $266.40 | $266.40 | $0.00 | $0.00 | $0.00 | $266.40 |
| Attorney for Trustee Fees (Other Firm) | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $2,990.00 | $2,990.00 | $0.00 | $0.00 | $0.00 | $2,990.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $610.00 | $610.00 | $0.00 | $0.00 | $0.00 | $610.00 |
| Payments to Unsecured Credit Card Holders | $4,423.66 | $4,423.66 | $0.00 | $0.00 | $0.00 | $4,423.66 |
| Trustee Compensation | $2,250.00 | $2,250.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| Trustee Expenses | $11.12 | $11.12 | $0.00 | $0.00 | $0.00 | $11.12 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      14-19422
Case Name:     ANTHONY D WILL
               JULIE A WILL
Trustee Name:  David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $6,675.61 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $6,675.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,250.00 | $0.00 | $2,250.00 |
| David P. Leibowitz, Trustee Expenses | $11.12 | $0.00 | $11.12 |
| Lakelaw, Attorney for Trustee Fees | $2,990.00 | $0.00 | $2,990.00 |
| Lakelaw, Attorney for Trustee Expenses | $266.40 | $0.00 | $266.40 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $610.00 | $0.00 | $610.00 |
| Other: Dexter Evans, Attorney for Trustee Fees | $5,000.00 | $5,000.00 | $0.00 |
| Other: Dexter Evans, Attorney for Trustee Expenses | $3,306.44 | $3,306.44 | $0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $6,127.52 |
| Remaining balance: | $548.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $548.09 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $548.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,423.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | $545.82 | $0.00 | $67.63 |
| 2 | Capital One Bank (USA), N.A. | $437.41 | $0.00 | $54.19 |
| 3 | Capital One Bank (USA), N.A. | $709.68 | $0.00 | $87.93 |
| 4 | Capital One Bank (USA), N.A. | $631.90 | $0.00 | $78.29 |
| 5 | Midland Funding LLC | $480.38 | $0.00 | $59.52 |
| 6 | CAPITAL ONE, N.A. | $503.47 | $0.00 | $62.38 |
| 7 | Portfolio Recovery Associates, LLC | $1,115.00 | $0.00 | $138.15 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $548.09 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**