# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-19422 |
| | § | |
| ANTHONY D WILL | § | |
| JULIE A WILL | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $10,785.00 | Assets Exempt: | $5,410.00 |
| Total Distributions to Claimants: | $548.09 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $14,451.91 | | |

3)   Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $23,807.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $14,451.91 | $14,451.91 | $14,451.91 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $140,978.00 | $4,423.66 | $4,423.66 | $548.09 |
| **Total Disbursements** | $164,785.00 | $18,875.57 | $18,875.57 | $15,000.00 |

4). This case was originally filed under chapter 7 on 05/23/2014. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2017            By:   /s/ David P. Leibowitz
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Personal Injury lawsuit against Target Corporation | 1242-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | $15,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hyundai Capital Americ | 4110-000 | $8,984.00 | $0.00 | $0.00 | $0.00 |
| | Santander Consumer USA | 4110-000 | $14,823.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $23,807.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $11.12 | $11.12 | $11.12 |
| Green Bank | 2600-000 | NA | $17.95 | $17.95 | $17.95 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $610.00 | $610.00 | $610.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,990.00 | $2,990.00 | $2,990.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $266.40 | $266.40 | $266.40 |
| Dexter Evans, Attorney for Trustee | 3210-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Dexter Evans, Attorney for Trustee | 3220-000 | NA | $3,306.44 | $3,306.44 | $3,306.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $14,451.91 | $14,451.91 | $14,451.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-900 | $220.00 | $545.82 | $545.82 | $67.63 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $437.00 | $437.41 | $437.41 | $54.19 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $0.00 | $709.68 | $709.68 | $87.93 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $0.00 | $631.90 | $631.90 | $78.29 |
| 5 | Midland Funding LLC | 7100-900 | $0.00 | $480.38 | $480.38 | $59.52 |
| 6 | CAPITAL ONE, N.A. | 7100-900 | $0.00 | $503.47 | $503.47 | $62.38 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $0.00 | $1,115.00 | $1,115.00 | $138.15 |
|   | Account Recovery Service | 7100-000 | $34.00 | $0.00 | $0.00 | $0.00 |
|   | ATG Credit, LLC | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
|   | Avon Products | 7100-000 | $62.00 | $0.00 | $0.00 | $0.00 |
|   | CBCInnovis | 7100-000 | $33,151.00 | $0.00 | $0.00 | $0.00 |
|   | Commonwealth Edison | 7100-000 | $73.00 | $0.00 | $0.00 | $0.00 |
|   | Computer Credit Inc | 7100-000 | $21.00 | $0.00 | $0.00 | $0.00 |
|   | Cook County Health & Hospitals | 7100-000 | $737.00 | $0.00 | $0.00 | $0.00 |
|   | Creditors Collection Bureau | 7100-000 | $3,864.00 | $0.00 | $0.00 | $0.00 |
|   | Dependon Collection Service | 7100-000 | $935.00 | $0.00 | $0.00 | $0.00 |
|   | DEPT OF ED/SALLIE MAE | 7100-000 | $3,531.00 | $0.00 | $0.00 | $0.00 |
|   | DMG Surgical Center | 7100-000 | $2,200.00 | $0.00 | $0.00 | $0.00 |
|   | DuPage Medical Group | 7100-000 | $5,155.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| EMP of Will County | 7100-000 | $455.00 | $0.00 | $0.00 | $0.00 |
| Escallate LLC | 7100-000 | $455.00 | $0.00 | $0.00 | $0.00 |
| Fingerhut | 7100-000 | $184.00 | $0.00 | $0.00 | $0.00 |
| GE Capital Retail BANK | 7100-000 | $1,115.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/CARE CREDIT | 7100-000 | $732.00 | $0.00 | $0.00 | $0.00 |
| HSBC | 7100-000 | $239.00 | $0.00 | $0.00 | $0.00 |
| Kohl's/Capital One | 7100-000 | $293.00 | $0.00 | $0.00 | $0.00 |
| Loyola University Medical Center | 7100-000 | $362.00 | $0.00 | $0.00 | $0.00 |
| Malcolm S. Gerald & Assc | 7100-000 | $37.00 | $0.00 | $0.00 | $0.00 |
| MBB | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Merchants Credit Guide | 7100-000 | $73,556.00 | $0.00 | $0.00 | $0.00 |
| MiraMed Revenue Group | 7100-000 | $3,070.00 | $0.00 | $0.00 | $0.00 |
| MRSI | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Northwest Collectors | 7100-000 | $2,115.00 | $0.00 | $0.00 | $0.00 |
| Provena St. Joseph Medical Ctr | 7100-000 | $1,483.00 | $0.00 | $0.00 | $0.00 |
| Publishers Clearing House | 7100-000 | $33.00 | $0.00 | $0.00 | $0.00 |
| R & B Receivables MANA | 7100-000 | $355.00 | $0.00 | $0.00 | $0.00 |
| Rnb-Fields3 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| State Collection Service Inc. | 7100-000 | $554.00 | $0.00 | $0.00 | $0.00 |
| Target | 7100-000 | $220.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $140,978.00 | $4,423.66 | $4,423.66 | $548.09 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 14-19422-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WILL, ANTHONY AND JULIE A | Date Filed (f) or Converted (c): | 05/23/2014 (f) |
| For the Period Ending: | 6/9/2017 | §341(a) Meeting Date: | 07/09/2014 |
| | | Claims Bar Date: | 06/14/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Savings account with Fifth Third | $25.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account with Fifth Third | $75.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account with Republic Bank | $50.00 | $0.00 | | $0.00 | FA |
| 4 | Savings account with Republic Bank | $50.00 | $0.00 | | $0.00 | FA |
| 5 | Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, microwave, dishes/flatware, pots/pans | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Books, CD's, DVD's, Tapes/Records, Family Pictures | $10.00 | $0.00 | | $0.00 | FA |
| 7 | Necessary wearing apparel. | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Rings, costume jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 9 | Hyundai Capital America - 2008 Hyundai Elantra with over 68,000 miles | $6,184.00 | $0.00 | | $0.00 | FA |
| 10 | Santander Consumer USA - 2011 Hyundai Elantra with over 58,000 miles | $9,401.00 | $0.00 | | $0.00 | FA |
| 11 | Personal Injury lawsuit against Target Corporation (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |
| Asset Notes: | $5000 attorneys fees will be due  Medical liens will be avoided  Debtor will waive exemptions in order to preserve discharge | | | | | |

TOTALS (Excluding unknown value)

$16,195.00   $15,000.00   $15,000.00   **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

Case 14-19422 Doc 58 Filed 06/21/17 Entered 06/21/17 14:25:33 Desc Main
Document Page 7 of 10

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2          Exhibit 8

| Case No.: | 14-19422-JSB | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WILL, ANTHONY AND JULIE A | | | Date Filed (f) or Converted (c): | 05/23/2014 (f) |
| For the Period Ending: | 6/9/2017 | | | §341(a) Meeting Date: | 07/09/2014 |
| | | | | Claims Bar Date: | 06/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/27/2016   2016 Reporting Period:

Case re-opened and assigned to Trustee Leibowitz on 9/2/15

Filed adversary 15-00642. (41 (Objection / revocation of discharge 727(c),(d),(e))): Complaint against Julie Ann Will (undisclosed personal injury claim)

Motion to compromise PI claim filed - $15,000 recover less attorney's fees.

No exemptions owing to failure to schedule/discharge granted.

Objection to medical liens has been prepared.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2016 | **Current Projected Date Of Final Report (TFR):** | 03/31/2017 | /s/ DAVID LEIBOWITZ | |
| | | | | DAVID LEIBOWITZ | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-19422-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WILL, ANTHONY AND JULIE A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7141 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | **-***7142 | Account Title: | Will, Anthony and Julie |
| For Period Beginning: | 5/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2016 | (11) | Sedgwick Claims Management on behalf of | Personal Injury Settlement | 1242-000 | $15,000.00 | | $15,000.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.95 | $14,982.05 |
| 09/26/2016 | 3001 | Dexter Evans | PI Counsel Fees - (Dkt 44) | 3210-000 | | $5,000.00 | $9,982.05 |
| 09/26/2016 | 3002 | Dexter Evans | PI Counsel Expenses - (Dkt 44) | 3220-000 | | $3,306.44 | $6,675.61 |
| 04/18/2017 | 3003 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $610.00; Distribution Dividend: 100.00%; | 2700-000 | | $610.00 | $6,065.61 |
| 04/18/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $266.40; Distribution Dividend: 100.00%; | 3120-000 | | $266.40 | $5,799.21 |
| 04/18/2017 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $2,990.00; Distribution Dividend: 100.00%; | 3110-000 | | $2,990.00 | $2,809.21 |
| 04/18/2017 | 3006 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,250.00 | $559.21 |
| 04/18/2017 | 3007 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $11.12 | $548.09 |
| 04/18/2017 | 3008 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: $545.82; Distribution Dividend: 12.39%; | 7100-900 | | $67.63 | $480.46 |
| 04/18/2017 | 3009 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: $437.41; Distribution Dividend: 12.39%; | 7100-900 | | $54.19 | $426.27 |
| 04/18/2017 | 3010 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: $709.68; Distribution Dividend: 12.39%; | 7100-900 | | $87.93 | $338.34 |
| 04/18/2017 | 3011 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: $631.90; Distribution Dividend: 12.39%; | 7100-900 | | $78.29 | $260.05 |
| 04/18/2017 | 3012 | Midland Funding LLC | Claim #: 5; Amount Claimed: $480.38; Distribution Dividend: 12.39%; | 7100-900 | | $59.52 | $200.53 |
| 04/18/2017 | 3013 | CAPITAL ONE, N.A. | Claim #: 6; Amount Claimed: $503.47; Distribution Dividend: 12.39%; | 7100-900 | | $62.38 | $138.15 |
| 04/18/2017 | 3014 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: $1,115.00; Distribution Dividend: 12.39%; | 7100-900 | | $138.15 | $0.00 |

**SUBTOTALS**  $15,000.00    $15,000.00

**FORM 2**

Page No: 2                    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-19422-JSB | |
| **Case Name:** | WILL, ANTHONY AND JULIE A | |
| **Primary Taxpayer ID #:** | **-***7141 | |
| **Co-Debtor Taxpayer ID #:** | **-***7142 | |
| **For Period Beginning:** | 5/23/2014 | |
| **For Period Ending:** | 6/9/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2201 |
| **Account Title:** | Will, Anthony and Julie |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | | $15,000.00 | $15,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| **Subtotal** | | $15,000.00 | $15,000.00 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $15,000.00 | $15,000.00 | |

**For the period of 5/23/2014 to 6/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/08/2016 to 6/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-19422-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WILL, ANTHONY AND JULIE A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7141 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | **-***7142 | Account Title: | Will, Anthony and Julie |
| For Period Beginning: | 5/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $15,000.00 | $15,000.00 | $0.00 |

For the period of 5/23/2014 to 6/9/2017

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 05/23/2014 to 6/9/2017

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ